**Order entered June 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01148-CR

### JASON MICHAEL LOWE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-82169-2016**

## ORDER

Before the Court is appellant's June 4, 2018 second motion for extension of time to file his brief.  We **GRANT** the motion and **ORDER** appellant's brief due on June 29, 2018.


/s/     LANA MYERS
JUSTICE